PINHAS ZACHERY, Respondent, v CRYSTAL BITON, Appellant.

Submitted November 7, 2011; decided February 9, 2012

Reported below, 2010 NY Slip Op 60092(U).

Motion for reargument of motion for leave to appeal denied [*see* 17 NY3d 850 (2011)].